UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE I, ET AL | § | C.A. No. 2:19-cv-14772-MVL-KWR |
| | § | |
| VS. | § | SEC. "S" MAG. (4) |
| | § | |
| HOLY SEE (VATICAN CITY STATE) ET AL | § | |

### PETITION FOR ADMISSION *PRO HAC VICE*

In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, application is made by Anthony G. Buzbee to be admitted *pro hac vice* to the Bar of this Court for the purpose of appearing as trial counsel of record on behalf of John Doe Plaintiffs in the above-described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the Bar of the United States District Court for the Southern District of Texas.

- Attached hereto is a Certificate of Good Standing from such court, and payment of the applicable fee.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, Andre Leplace, who has appeared for Plaintiffs herein, is appointed as local counsel.

- I authorize the Clerk of the Court for the Eastern District of Louisiana to transmit notice of entries of judgment and orders to me under Fed.R.Civ.P. 77 and the Local Rules. I also agree to receive notice electronically from other parties and the Court via electronic mail. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| /s/ *Anthony G. Buzbee* | /s/ *Andre Laplace* |
| Signature of Applying Attorney | Signature of Local Counsel |
| | |
| Anthony G. Buzbee | Andre Laplace (LA Bar #08039) |
| State Bar No.  24001820 | 2762 Continental Drive, Suite 103 |
| The Buzbee Law Firm | Baton Rouge, LA 70808 |
| J.P. Morgan Chase Tower | Telephone:     504-924-6898 |
| Houston, Texas 77002 | |
| Telephone:     (713) 223-5393 | |
| Facsimile:     (713) 223-5909 | |
| Email: tbuzbee@txattorneys.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was on this 22nd day of January, 2020, automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure.

/s/ *Andre Laplace*
Andre Laplace