UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOE, ET AL | CIVIL ACTION |
| VERSUS | NO. 19-14772 |
| HOLY SEE, ET AL | SECTION "S" |

## ORDER AND REASONS

Before the court is plaintiffs' **Motion to Stay** this case pending service of process on defendant Holy See (Rec. Doc. 44). Having considered the motion, the memoranda of counsel, and applicable law, and finding that a stay will best promote judicial efficiency and economy and the interests of justice,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and this matter is **STAYED**. It is further ordered that hearings on defendants' Motion to Dismiss (Rec. Doc. 30) are continued without date, to be reset upon the lifting of the stay granted herein.

New Orleans, Louisiana, this 4th day of February, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE